MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DONNA M. FLOWERS )
             )
    Plaintiff, )
             )       Case No. 2:22-cv-02160-RFB-NJK
vs.          )
             )
EXPERIAN INFORMATION )       STIPULATION AND ORDER FOR
SOLUTIONS, INC. )            DISMISSAL WITH PREJUDICE
             )
    Defendant )
_____)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | SNELL & WILMER, L.L.P. |
| /s/ Mitchell D. Gliner | /s/ Bob L. Olson |
| MITCHELL D. GLINER, ESQ. | BOB L. OLSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 003783 |
| 3017 W. Charleston Blvd. # 95 | CHARLES E. GIANELLONI, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 012747 |
| Attorney for Plaintiff | 3883 Howard Hughes Pkwy., # 1100 |
| | Las Vegas, Nevada 89169 |
| | Attorneys for Defendant |

IT IS SO ORDERED this ____ day of _____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   24th day of May, 2023.